FILED
SEP 1 3 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)  Case No. 1:19-po-00184 SKO
) **ORDER OF RELEASE**
vs. )
)
ESTEBAN AGUIRRE, )
)
    Defendant. )
)

The above named defendant having been released to Time Served on September 13, 2019.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: September 13, 2019

SHEILA A. OBERTO
U.S. MAGISTRATE JUDGE

1